151 P.3d 533

HAMBLIN et al

v.

STATE/MARICOPA CO ADULT PROBATION.

No. CV–06–0370–PR.

Supreme Court of Arizona,
Division One.

Feb. 8, 2007.

ORDERED: Petition for Review by the Supreme Court = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

151 P.3d 533

STATE of Arizona

v.

Kenneth Scott MACHADO.

No. CR–06–0265–PR.

Supreme Court of Arizona,
Division Two.

Feb. 8, 2007.

ORDERED: Petition for Review by the Supreme Court = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.